# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENZELL METCALF,<br><br>        Plaintiff,<br><br>   v.<br><br>HUCKLEBERRY, *et al.*,<br><br>        Defendants. | Case No.  1:19-cv-00809-DAD-BAM (PC)<br><br>ORDER **RESETTING TIME** OF VIDEO SETTLEMENT CONFERENCE<br><br>**Date:  September 25, 2020**<br>**Time:  10:30 a.m.** |

A video settlement conference in this matter is currently scheduled on September 25, 2020, at 10:00 a.m. before Magistrate Judge Jeremy D. Peterson, via Zoom.  Due to a scheduling conflict regarding the video equipment at the institution, the settlement conference will be **reset for 10:30 a.m.** but will still be held on September 25, 2020.  Plaintiff and counsel for Defendants shall appear by video via the Zoom application.  An amended writ of habeas corpus ad testificandum for Plaintiff's appearance will be issued shortly.

Counsel for Defendants shall contact Courtroom Deputy, Esther Valdez, at (559) 499-5788 or evaldez@caed.uscourts.gov for the video and dial-in information for all parties.  Counsel for Defendants is also required to arrange for Plaintiff's participation by contacting the Litigation Coordinator at the institution where Plaintiff is housed and providing the necessary Zoom contact information.

IT IS SO ORDERED.

Dated:  **September 2, 2020**         /s/ *Barbara A. McAuliffe*         
                                                                            UNITED STATES MAGISTRATE JUDGE

1