# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENZELL METCALF,<br><br>           Plaintiff,<br><br>     v.<br><br>HUCKLEBERRY, *et al.*,<br><br>           Defendants. | Case No.  1:19-cv-00809-DAD-BAM (PC)<br><br>ORDER DENYING PLAINTIFF'S MOTION TO COMPEL AS MOOT<br><br>(ECF No. 37) |

Plaintiff Denzell Metcalf ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.  This action proceeds on Plaintiff's first amended complaint against Defendants Huckleberry, Marquez, and Franco for failure to protect Plaintiff in violation of the Eighth Amendment.

On May 27, 2021, Plaintiff filed a motion to compel discovery.  (ECF No. 37.)  The Court issued an order directing the parties to meet and confer regarding the discovery dispute, and to file a joint statement following the parties' conference.  The Court further stayed briefing on Plaintiff's motion to compel pending the outcome of the parties' meet and confer.  (ECF No. 38.)

Currently before the Court is the parties' joint statement, signed by Plaintiff and counsel for Defendants, indicating that the discovery dispute was resolved in full following the parties' meet and confer.  (ECF No. 39.)  Over the course of three meet-and-confer phone calls, Plaintiff requested a DVD copy of his recorded statement under the particular circumstances of this case.

1

After confirming that Plaintiff did not possess a DVD player and was not permitted to possess DVDs pursuant to CDCR regulations, the parties agreed that Defendants will provide Plaintiff a CD copy of the audio portion of his recorded statement.  Although Defendants have satisfied their discovery obligation by offering Plaintiff an opportunity to inspect and have access to his previously recorded statement upon appointment with the litigation coordinator, Defendants have agreed to this accommodation of Plaintiff's request.  (*Id.*)

The Court appreciates the parties' efforts and willingness to resolve this discovery dispute without further briefing on the motion to compel.  As it appears the discovery dispute has been fully resolved, Plaintiff's motion to compel, (ECF No. 37), is HEREBY DENIED as moot.

IT IS SO ORDERED.

Dated:   **June 14, 2021**                        /s/ *Barbara A. McAuliffe*    _
                                                       UNITED STATES MAGISTRATE JUDGE

2