UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENZELL METCALF,<br><br>  Plaintiff,<br><br>  v.<br><br>C. HUCKLEBERRY, et al.,<br><br>  Defendants. | No. 1:19-cv-00809-DAD-BAM (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS<br><br>(Doc. Nos. 32, 42) |

Plaintiff Denzell Metcalf is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action filed pursuant to 42 U.S.C. § 1983.  This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On August 12, 2021, the assigned magistrate judge issued findings and recommendations, recommending that defendants' motion for summary judgment for the failure to exhaust administrative remedies be granted.  (Doc. No. 42.)  The findings and recommendations were served on plaintiff and contained notice that any objections thereto were to be filed within fourteen (14) days.  (*Id.*)  Plaintiff filed objections on September 13, 2021.  (Doc. No. 43.)[1]  Therein, plaintiff raises the same arguments already addressed at length in the findings and recommendations.

---

[1] It appears that the objections filed by plaintiff are missing pages.  (*See* Doc. No. 43 at 3–4.)  The court has reviewed those pages that were submitted.

1

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly,

1. The findings and recommendations issued on August 12, 2021 (Doc. No. 42) are adopted in full;
2. Defendants' motion for summary judgment for failure to exhaust administrative remedies (Doc. No. 32) is granted; and
3. The Clerk of the Court is directed to enter judgment in favor of defendants and close this case.

IT IS SO ORDERED.

Dated:   **September 17, 2021**

_____
UNITED STATES DISTRICT JUDGE